UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
OMCHAND LALBIHARI,                                    :
                                                      :
                   Plaintiff,                         :      ORDER
                                                      :
         - against -                                  :      08 Civ. 3429 (SAS)
                                                      :
COMMISSIONER OF SOCIAL SECURITY,                      :
                                                      :
                   Defendant.                         :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

  On July 7, 2008, defendant filed and served a motion to dismiss the Complaint in the above-captioned action. As of today, plaintiff has not submitted any papers in opposition to defendant's motion. As plaintiff is proceeding *pro se*, it is hereby

  ORDERED that plaintiff file opposition papers, if any, to defendant's motion by August 15, 2008. All papers must be sent to this Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon defendant's counsel. If plaintiff submits opposition papers, defendant's reply is due August 29, 2008.

  IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, the Court will decide the motion solely on the papers submitted by defendant.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         July 14, 2008

- Appearances -

**Plaintiff (Pro Se):**

Omchand Lalbihari
105 East 168th Street
Apt. 4H
Bronx, NY 10452

**For Defendant:**

Susan D. Baird
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2713